UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jun 05 2025
ARTHUR JOHNSTON, CLERK
By: ____________, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:25-cr-80-TSL-ASH

JUSTIN WALLACE
a/k/a PJ

**GOVERNMENT'S MOTION TO UNSEAL**

COMES NOW the United States of America, hereinafter "the Government", requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 5th day of June 2025.

PATRICK A. LEMON
Acting United States Attorney

By: *s/C. Brett Grantham*__________
C. BRETT GRANTHAM
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965.4480
Fax: (601) 965-4409
Mississippi Bar No. 105201
Email: brett.grantham@usdoj.gov