UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jun 05 2025
ARTHUR JOHNSTON, CLERK
By: ____________, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:25-cr-80-TSL-ASH

JUSTIN WALLACE
a/k/a PJ

**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL**

THIS CAUSE having come on before the Court on motion of the Government to unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 5th day of June 2025.

*/s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE