IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:25cr80-TSL-ASH

JUSTIN WALLACE
a/k/a PJ

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes Patrick A. Lemon, Acting United States Attorney in and for the Southern District of Mississippi, and respectfully represents:

THAT **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** presently in custody of the **Madison County Detention Center – Madison, Madison County, Mississippi**, is a defendant in this cause and his presence is required in the Southern District of Mississippi at Jackson, Mississippi, on **June 6, 2025, at 8:00 a.m.** for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the **Madison County Detention Center – Madison, Madison County, Mississippi**, to deliver the body of **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** to any United States Marshal, or his deputy, and have him there in this cause beginning on **June 6, 2025, at 8:00 a.m.,** for certain proceedings and thereafter at such times and places as required, it being ordered specifically herein that this Petition shall remain in full force and effect for delivery of the defendant, **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** to this Court at proceedings conducted in this cause until the case is disposed of, and thereafter any United States Marshal, or his deputy, shall return the defendant **JUSTIN WALLACE a/k/a PJ, DOB**

**XX/XX/1989,** to the **Madison County Detention Center – Madison, Madison County, Mississippi**, aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Dated the 5th day of June 2025.

Respectfully submitted,

PATRICK A. LEMON
Acting United States Attorney

By: *s/C. Brett Grantham*
C. Brett Grantham
Assistant U.S. Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone No.: (601) 965-4480
Facsimile No.: (601) 965-4409
Mississippi Bar No. 105201