SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 5 2025
ARTHUR JOHNSTON
BY ________ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:25-cr-80-TSL-ASH

JUSTIN WALLACE a/k/a PJ

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This cause coming on for hearing on application of the United States Attorney for a writ of habeas corpus ad prosequendum, and it appearing to the Court that the defendant **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** is in the custody of the **Madison County Detention Center – Madison, Madison County, Mississippi**, and it further appearing to the Court that an orderly administration of justice requires the production of the defendant, for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

IT IS, THEREFORE, ORDERED that the writ of habeas corpus ad prosequendum be granted and that the Clerk of the United States District Court for the Southern District of Mississippi be and is hereby ordered and directed to issue a writ of habeas corpus ad prosequendum to be served on the **Madison County Detention Center – Madison, Madison County, Mississippi**, aforesaid for delivery of the defendant, **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** to any United States Marshal, or his deputy, to have the defendant, **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** before the United States District Court for the Southern District of Mississippi at Jackson, Mississippi, as soon as possible for certain proceedings in this cause beginning on **June 6, 2025, at 8:00 a.m.**, and all other times required, it being ordered specifically herein that this Order shall remain in full force and effect for delivery of the defendant, **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** to this Court at proceedings conducted in

this cause, and that the defendant, **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** remain until disposition of proceedings, as may be required by the Court, after which any United States Marshal, or his deputy, shall return the defendant, **JUSTIN WALLACE a/k/a PJ, DOB XX/XX/1989,** to the **Madison County Detention Center – Madison, Madison County, Mississippi.**

ORDERED this the 5th day of June 2025.

/s/ Andrew S. Harris
UNITED STATES MAGISTRATE JUDGE