Case 3:25-cr-00080-TSL-ASH *SEALED* Document 8 *SEALED* Filed 05/07/25 Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SEALED

United States of America
v.
Justin Wallace
(Wherever found)

*Defendant*

Case No. 3:25-cr-80-TSL-ASH

RECEIVED
By US Marshals at 9:23 am, May 08, 2025

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN – 9 2025
BY ARTHUR JOHNSTON DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Justin Wallace ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE, METHAMPHETAMINE

ARTHUR JOHNSTON, CLERK

L. Townsend

*Issuing officer's signature*

L. Townsend, Deputy Clerk

*Printed name and title*

Date: 05/07/2025

City and state: Jackson, MS

### Return

This warrant was received on *(date)* May 10th 2025, and the person was arrested on *(date)* June 5th 2025
at *(city and state)* Jackson, MS.

Date: June 6th 2025

*Arresting officer's signature*

Zavier Williams Special Agent

*Printed name and title*