IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:25-cr-80-TSL-ASH

JUSTIN WALLACE
a/k/a PJ

UNITED STATES' NOTICE OF EXPERT DESIGNATION (CHEMIST)

The United States of America notices to the Defendant the United States' designation of the following forensic chemist with the Department of Justice, Drug Enforcement Administration, Office of Forensic Sciences, to provide expert testimony in the above styled case:

Elizabeth Adkins,
Senior Forensic Chemist
Southeast Laboratory
Miami, Florida

As more fully set forth in the laboratory reports previously provided in discovery, the United States expects that the forensic scientist will provide expert testimony in the area of forensic drug chemistry and the testing and analysis of suspected controlled substances. Specifically, the United States expects that they will provide testimony concerning examination, testing, and analysis of the suspected controlled substances submitted, in relation to the investigation of this case. The United States expects that the forensic scientist's opinion will be based upon their examination of the subject controlled substances and their knowledge, skill, experience, training, and education. The United States has provided a copy of this forensic scientist's curriculum vitae, and will submit the supplemental Rule 16 Statement, and work papers upon receipt. The content to which this forensic scientist will opine is contained within the laboratory reports previous provided in discovery.

Respectfully submitted,

PATRICK A. LEMON
Acting United States Attorney

By: *s/ C. Brett Grantham*
C. Brett Grantham
Assistant United States Attorney
MS Bar No. 105201
501 E. Court Street, Ste. 4.430
Jackson, Mississippi 39201
(601) 965-4480

**CERTIFICATE OF SERVICE**

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED: July 15, 2025.

*s/ C. Brett Grantham*
C. Brett Grantham
Assistant United States Attorney