UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                CRIMINAL NO. 3:25CR80TSL-ASH

JUSTIN WALLACE

ORDER

Following the undersigned's referral of this case to United States Magistrate Judge Andrew S. Harris for a hearing under 18 U.S.C. §§ 4241(c) and 4247(d) to determine defendant Justin Wallace's competency, Judge Harris has entered his report and recommendation in which he recommends (1) that the court find Wallace competent to stand trial and (2) that the matter be set for trial.  Defendant has filed no objection to the report and recommendation and the time for doing so has expired.

The court, having reviewed the report and recommendation, finds that the report and recommendation should be adopted as the finding of the court, and it is so ordered.  It follows that defendant Justin Wallace is found competent to stand trial.  The case will be set for trial for the term of court beginning on July 6, 2026.

SO ORDERED this the 14th day of April, 2026.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE